No. 04–8740. Glass v. Kenney, Warden. Sup. Ct. Neb. Certiorari denied.

No. 04–8750. Mack v. Shannon, Superintendent, State Correctional Institution at Frackville, et al. C. A. 3d Cir. Certiorari denied.

No. 04–8758. Brink v. Mississippi. Ct. App. Miss. Certiorari denied.

No. 04–8759. Blackwell v. South Carolina et al. C. A. 4th Cir. Certiorari denied.

No. 04–8763. Olden v. Crosby, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 04–8769. Williams v. Kentucky. Sup. Ct. Ky. Certiorari denied.

No. 04–8781. Pursley v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 04–8791. McNoriell v. Michigan. Ct. App. Mich. Certiorari denied.

No. 04–8800. Josey v. Bell County, Texas, et al. C. A. 5th Cir. Certiorari denied.

No. 04–8805. Curry v. Morgan, Superintendent, Washington State Penitentiary. C. A. 9th Cir. Certiorari denied.

No. 04–8808. Walton v. Stickman, Superintendent, State Correctional Institution at Pittsburgh, et al. C. A. 3d Cir. Certiorari denied.

No. 04–8818. Dixon v. Phillips, Superintendent, Green Haven Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 04–8820. Covington v. Renico, Warden. C. A. 6th Cir. Certiorari denied.

No. 04–8840. Miller v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.